

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| Jorge Escalante, | § | No. 08-18-00067-CV |
| Appellant, | § | Appeal from the |
| v. | § | 388th District Court |
| Claudia B. Escalante, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2015DCM8192) |
| | § | |

## **O R D E R**

The Court GRANTS the Appellee's third motion for extension of time within which to file the brief until **May 7, 2019.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Lyda Ness Garcia, the Appellee's attorney, prepare the Appellee's brief and forward the same to this Court on or before May 7, 2019.

IT IS SO ORDERED this 2nd day of April, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.